UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br>    Petitioner,<br>    v.<br>STATE OF CALIFORNIA,<br>    Respondent. | Case No. 18-cv-01640-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner has not complied with the Court's order to pay the filing fee or perfect his *in forma pauperis* ("IFP") application by the deadline. His IFP application lacks the signed and completed application form itself. Accordingly, this federal habeas action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must contain (i) payment for the filing fee of $5.00 or (ii) a completed IFP application form. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 7, 2018

_____
RICHARD SEEBORG
United States District Judge